UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH SIEGEL,                                             Civ. Act. No.: 10-cv-4285
                                                              (DRH) (ETB)
                Plaintiff,

   -against-                                                 **RULE 7.1 DISCLOSURE**
                                                  **STATEMENT**

HARTFORD LIFE INSURANCE COMPANY,
                                                              DOCUMENT
                Defendant.                            ELECTRONICALLY FILED

-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Hartford Life Insurance Company, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      1.      The Hartford Financial Services Group, Inc.

      The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated:    New York, New York
            November 22, 2010

Respectfully submitted,

  s/
_____
MICHAEL H. BERNSTEIN (MB-0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile:  (212) 422-0925
(SDMA File No. 02489-000098)
*Attorneys for Defendant*
Hartford Life Insurance Company

TO: Michael Yoeli, Esq. (MY2936)
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Telephone: (212) 472-7270
*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

      I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (for Hartford Life Insurance Company) was served by **ECF and Regular Mail** on November 22, 2010, upon the following:

Michael Yoeli, Esq. (MY2936)
YOELI GOTTLIEB & ETRA LLP
260 Madison Avenue, 18th Floor
New York, New York 10016
Telephone: (212) 472-7270
*Attorneys for Plaintiff*

    s/
MICHAEL H. BERNSTEIN (MB-0579)