UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ELIZABETH SIEGEL,

         Plaintiff(s),         ORDER

    -against-             CV 10-4285 (DRH) (ETB)

HARTFORD LIFE INSURANCE COMPANY,

         Defendant(s).
-------------------------------------------------------------------------X

  Due to the impending weather conditions, the initial conference scheduled for January 21, 2011 is canceled.

  The joint proposed discovery plan is approved. All discovery shall be completed by April 1, 2011, including any experts.

  The final conference is June 8, 2011 at 2:30 p.m. by phone. Plaintiff's counsel shall initiate the call and have all parties on the line before connecting the court (631-712-5710). The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

  Plaintiff's counsel is directed to serve a copy of this order on all parties upon receipt.

**SO ORDERED:**

Dated: Central Islip, New York
   January 20, 2011

                /s/ E. Thomas Boyle
                E. THOMAS BOYLE
                United States Magistrate Judge