UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ELIZABETH SIEGEL,

                                    Plaintiff(s),        <u>ORDER</u>

        -against-                                  CV 10-4285 (DRH) (ETB)

HARTFORD LIFE INSURANCE COMPANY,

                                    Defendant(s).
----------------------------------------------------------------------------X

       The telephone conference previously scheduled for June 8, 2011 at 2:30 p.m. is rescheduled to January 11, 2012 at 10:30 a.m.  Plaintiff's counsel shall initiate the call and have all parties on the line before connecting chambers (631-712-5710).  The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).  All counsel must participate.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.  All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available.  In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated.  All requests for adjournments should be sent to chambers via ECF on notice to all parties.

       Plaintiff's counsel is directed to serve a copy of this Order on all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
         June 2, 2011

                                                     /s/ E. Thomas Boyle
                                                     E. THOMAS BOYLE
                                                     United States Magistrate Judge