**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ELIZABETH SIEGEL,

                                              **JUDGMENT**
             Plaintiff,                         CV-10-4285 (DRH)(ETB)

   - against -

HARTFORD LIFE INSURANCE COMPANY,

             Defendant.
----------------------------------------------------------X

     A Memorandum and Order of the Honorable Denis R. Hurley, United States District Judge, having been filed on June 25, 2012, granting defendant's motion for summary judgment, denying plaintiff's cross-motion for summary judgment, deeming moot defendant's motion to strike, and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion for summary judgment is granted; that plaintiff's cross-motion for summary judgment is denied; that defendant's motion to strike is deemed moot; and that this case is hereby closed.

Dated: Central Islip, New York
         June 27, 2012

                                                              DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                        By:    /s/ Catherine Vukovich
                                                   Deputy Clerk